Harry Wolf, an Infant, by Mary Wolf, His Guardian ad Litem, Appellant, v. Bradley Contracting Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

---

. * Added by Laws of 1913, chap. 228.— [REP.

NOTE.— For other decisions of this department handed down in December, see *post,* pp. 968-971.